IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
FRANKLIN COUNTY, ILLINOIS

FILED
Franklin Co. Circuit Court
2nd Judicial Circuit
Date: 2/5/2020 12:18 PM
Jim Muir

| | |
|---|---|
| JAMES MANIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2020L8 |
| vs. | ) No._____ |
| | ) |
| AMISH COUNTRY FARMS, LLC. and | ) |
| MARIO DALPRA, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT WITH JURY DEMAND

(Count I)

(James Manier v. Amish Country Farms, LLC.)

NOW COMES the Plaintiff, JAMES MANIER, by Lawler & Lawler, his attorneys, and for cause of action against the Defendant, AMISH COUNTRY FARMS, LLC., states as follows:

1. That the collision hereinafter referred to occurred on April 4, 2018, at approximately 6:00p.m. on Northbound I-57, in Benton, Illinois.

2. That I-57 generally runs in an northerly and southerly direction at the above-described location.

3. That on the date and at the time and place aforesaid, the Defendant, AMISH COUNTRY FARMS, LLC. by and through its employee, MARIO DALPRA, was driving a 1998 FLD120 Freightline in a northerly direction on I-57.

4. That on the date and at the time and place aforesaid the Plaintiff, JAMES MANIER, was a driving a 2013 Cascadia Freightline in a northerly direction on I-57.

Exhibit A

5. That the Defendant, AMISH COUNTRY FARMS, LLC. by and through its employee, MARIO DALPRA, was driving its vehicle at the above-described location, and caused its motor vehicle to collide with the vehicle which the Plaintiff, JAMES MANIER, was driving.

6. At said time and place, the Defendant, AMISH COUNTRY FARMS, LLC., by and through its employee, MARIO DALPRA, drove the 1998 FLD120 Freightline into the rear of the Plaintiff's northbound vehicle.

7. That the aforesaid collision between the two vehicles was caused by one or more of the following negligent acts or omissions to act of the part of the Defendant, AMISH COUNTRY FARMS, LLC.:

(a) Failed to keep said motor vehicle under proper control so as to avoid the collision with the vehicle which the Plaintiff, JAMES MANIER, was driving;

(b) Failed to keep reasonable and prudent distance between his vehicle and the vehicle in front of him while having due regard for the speed of such vehicles and the traffic upon and the condition of the roadway; contrary to and in violation of 625 ILCS 5/11-710(a);

(c) Operated his vehicle at a speed that endangered the safety of the Plaintiff and was greater than is reasonable and proper with regard to traffic conditions and the use of the highway; contrary to and in violation of 625 ILCS 5/11-601(a);

(d) Failed to keep proper lookout ahead for vehicles ahead of him on I-57 so as to avoid colliding with the vehicle in front of him;

(e) Failed to stop the Defendant's vehicle in time to avoid the collision, although said vehicle which the Plaintiff was driving could and should have been seen and the Defendants had ample time and opportunity to avoid it; and

(f) Failed to give audible warning with the Defendant's horn when it was reasonably

necessary to insure the safe operation of the Defendant's vehicle, in violation of 625 ILCS 5/12-601(a).

8. As a direct and proximate result of the aforesaid collision, Plaintiff sustained serious and permanent injuries to his person and a loss of enjoyment of life, and will in the future continue to suffer. Plaintiff suffered pain and will in the future suffer pain. Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical services in endeavoring to be healed and cured of said injuries.

WHEREFORE, Plaintiff prays for judgment against the Defendant, AMISH COUNTRY FARMS, LLC., in excess of $15,000.00.

PLAINTIFF DEMANDS TRIAL BY JURY OF TWELVE (12).

LAWLER & LAWLER
Attorneys at Law

By _____
Attorney for Plaintiff

(Count II)

(James Manier v. Mario Dalpra)

NOW COMES the Plaintiff, JAMES MANIER, by Lawler & Lawler, his attorneys, and for cause of action against the Defendant, MARIO DALPRA, states as follows:

1. That the collision hereinafter referred to occurred on April 4, 2018, at approximately 6:00p.m. on Northbound I-57, in Benton, Illinois.

2. That I-57 generally runs in an northerly and southerly direction at the above-described location.

3. That on the date and at the time and place aforesaid, the Defendant, MARIO

DALPRA, was driving a 1998 FLD120 Freightline in a northerly direction on I-57.

4. That on the date and at the time and place aforesaid the Plaintiff, JAMES MANIER, was a driving a 2013 Cascadia Freightline in a northerly direction on I-57.

5. That the Defendant, MARIO DALPRA, was driving its vehicle at the above-described location, and caused its motor vehicle to collide with the vehicle which the Plaintiff, JAMES MANIER, was driving.

6. At said time and place, the Defendant, MARIO DALPRA, drove the 1998 FLD120 Freightline into the rear of the Plaintiff's northbound vehicle.

7. That the aforesaid collision between the two vehicles was caused by one or more of the following negligent acts or omissions to act of the part of the Defendant, MARIO DALPRA:

(a) Failed to keep said motor vehicle under proper control so as to avoid the collision with the vehicle which the Plaintiff, JAMES MANIER, was driving;

(b) Failed to keep reasonable and prudent distance between his vehicle and the vehicle in front of him while having due regard for the speed of such vehicles and the traffic upon and the condition of the roadway; contrary to and in violation of 625 ILCS 5/11-710(a);

(c) Operated his vehicle at a speed that endangered the safety of the Plaintiff and was greater than is reasonable and proper with regard to traffic conditions and the use of the highway; contrary to and in violation of 625 ILCS 5/11-601(a);

(d) Failed to keep proper lookout ahead for vehicles ahead of him on I-57 so as to avoid colliding with the vehicle in front of him;

(e) Failed to stop the Defendant's vehicle in time to avoid the collision, although said vehicle which the Plaintiff was driving could and should have been seen and the Defendants had ample time and opportunity to avoid it; and

(f) Failed to give audible warning with the Defendant's horn when it was reasonably necessary to insure the safe operation of the Defendant's vehicle, in violation of 625 ILCS 5/12-601(a).

8. As a direct and proximate result of the aforesaid collision, Plaintiff sustained serious and permanent injuries to his person and a loss of enjoyment of life, and will in the future continue to suffer. Plaintiff suffered pain and will in the future suffer pain. Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical services in endeavoring to be healed and cured of said injuries.

WHEREFORE, Plaintiff prays for judgment against the Defendant, MARIO DALPRA, in excess of $15,000.00.

PLAINTIFF DEMANDS TRIAL BY JURY OF TWELVE (12).

                        LAWLER & LAWLER
                        Attorneys at Law

                        By _____
                            Attorney for Plaintiff

LAWLER & LAWLER
Attorneys at Law
1129 North Carbon Street
Marion, IL 62959
Telephone: (618) 997-5555

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF FRANKLIN     )

## AFFIDAVIT

I, RAYMOND LAWLER, Attorney for the Plaintiff, JAMES MANIER, after first being duly sworn on oath, depose and state as follows:

The total money damages that the Plaintiff, JAMES MANIER, is seeking as a result of a claim filed in the Second Judicial Circuit, Franklin County, Illinois, against the Defendants, AMISH COUNTRY FARMS, LLC. and MARIO DALPRA, are in excess of $50,000.

FURTHER, THE AFFIANT SAYETH NOT.

DATED this 22nd day of January, 2020.

_____
Raymond Lawler, Attorney for the Plaintiff

Subscribed and sworn to before
me this 22 day of January, 2020.

_____
NOTARY PUBLIC

OFFICIAL SEAL
Kimberly D. Burnham
Notary Public, State of Illinois
My Commission Expires 07/09/2020

# Clark County Sheriff's Office

Civil Paper Worksheet



FILED

MAR 09 2020

FRANKLIN COUNTY CLERK

**Print Date/Time:** 03/02/2020 13:15
**Process Number:** 2020-00001343
**Paper Type:** SUMMONS
**Docket Number:** 2020L8
**Expiration Date:**
**Received Date:** 02/02/2020 00:00

**Plaintiff(s)**

**Defendant(s)**

**Person To Be Served:** LOGSDON, LISA
**Alerts:** None
**Serve At:** 2021 PFISTER RD
Otisco, IN 47163
**Phone:**
**Date of Birth:**

## Special Notes
REGISTERED AGENT AMISH COUNTRY FARMS, LLC

**Date of Service:** _____  **Time of Service:** _____
**Paper was served:** _____ Personally  _____ Other
**If other, specify:** _____
**Address at which paper was served:** _____

**Service Notes:**
93-443 Reisinger

3-8-20

Read + Served

Officer Name (Print)          Officer Signature

STATE OF ILLINOIS

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## FRANKLIN COUNTY

JAMES MANIER, )
 )
Plaintiff, )
vs. )
 )
AMISH COUNTRY FARMS, LLC. ) No. 2020 L 8
and MARIO DALPRA )
 )
Defendants. )

### ALIAS SUMMONS

To each defendant: Lisa Logsdon Registered Agent Amish Country Farms, LLC., 2021 Pfister Rd., Otisco, IN 47163-9674

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court  Courthouse  building  100 Public Square, Benton, IL 62812  within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.    2-24-20

WITNESS _____, 20___

_____
(Clerk of the Circuit Court)

By: _____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)

Name  Lawler & Lawler
Attorney for  Plaintiff
Address  1729 N Carbon St
City/State/Zip  Marion, IL  62959
Telephone  (618) 997-5555

MAR 0 2 2020
Jamey J. Noel
CLARK COUNTY, IN

RECEIVED
MAR 0 2 2020
Jamey J. Noel
CLARK COUNTY, IN

RECEIVED
MAR 0 2 2020

**SHERIFF'S FEES**

Service and return.......................... $_____
Miles_____ ..................... _____
Total................................................................. $_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____
_____
_____
_____
_____

(b) – (Individual defendants – abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____
_____
_____
_____
_____

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(c) – (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) – (Other service):

_____
_____

_____, Sheriff
By_____, Deputy

# Clark County Sheriff's Office

Civil Paper Worksheet

**FILED**

**MAR 09 2020**

*Jim Mich*
FRANKLIN COUNTY CIRCUIT CLERK

**Print Date/Time:** 03/02/2020 13:20
**Process Number:** 2020-00001344
**Paper Type:** SUMMONS
**Docket Number:** 2020 L 8
**Expiration Date:**
**Received Date:** 03/02/2020 00:00
**Plaintiff(s)**

**Defendant(s)**
**Person To Be Served:** DALPRA, MARIO
**Alerts:** None
**Serve At:** 2021 PFISTER RD
Otisco, IN 47163
**Phone:**
**Date of Birth:**

## Special Notes

**Date of Service:** _____
**Time of Service:** _____
**Paper was served:** _____ Personally _____ Other
**If other, specify:** _____
**Address at which paper was served:** _____

**Service Notes:**
93-443 Reisinger

3-3-20

Left Copy

Officer Name (Print)                    Officer Signature



MAILED
MAR 04 2020
COPY

STATE OF ILLINOIS

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## FRANKLIN COUNTY

| | |
|---|---|
| JAMES MANIER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| AMISH COUNTRY FARMS, LLC. | ) No. 2020 L 8 |
| and MARIO DALPRA | ) |
| | ) |
| Defendants, | ) |
| | ) |

### ALIAS SUMMONS

To each defendant: Mario Dalpra – 2021 Pfister Rd., Otisco, IN 47163-9674

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court   Courthouse   building   100 Public Square, Benton, IL 62812   within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.     2-24-20

WITNESS _____, 20___

By: _____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)

Name   Lawler & Lawler
Attorney for   Plaintiff
Address   1129 N Carbon St
City/State/Zip   Marion, IL   62959
Telephone   (618) 997-5555

**SHERIFF'S FEES**

Service and return................................$_____
Miles_____ ..................... _____
Total.....................................................$_____

_____
Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____
_____
_____
_____
_____

(b) – (Individual defendants – abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____
_____
_____
_____
_____

And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(c) – (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) – (Other service):

_____
_____

_____, Sheriff
By_____, Deputy