IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES MANIER, | ) |
| Plaintiff, | ) Case No: 3:20-cv-00329 |
| v. | ) |
| AMISH COUNTRY FARMS, LLC and MARIO DALPRA, | ) |
| Defendants. | ) |

## STIPULATION FOR REMOVAL

COMES NOW Defendant Mario Dalpra, by and through his attorneys, and states the following:

1. Plaintiff James Manier at all relevant times was and is a citizen of Illinois.

2. Defendant Amish Country Farms LLC was an Indiana limited liability company with its principal place of business in Indiana. All members of said LLC were/are citizens of Indiana and Ohio. No member is a citizen of Illinois.

3. Defendant Mario Dalpra is a citizen of Ohio.

Respectfully submitted,

ROBERTS PERRYMAN P.C.

/s/ Ted L. Perryman
Ted L. Perryman #02179504
Korissa M. Zickrick #06285055
1034 S. Brentwood Blvd., Suite 2100
St. Louis, MO 63117
(314) 421-1850 Phone
(314) 421-4346 Fax
tperryman@robertsperryman.com
kzickrick@robertsperryman.com
***Attorneys for Defendant Mario Dalpra***

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 2nd day of April, 2020, copies of the foregoing were served on the following counsel of record via electronic mail and the Court's ECF filing system:

Raymond Lawler
LAWLER & LAWLER
1129 North Carbon Street
Marion, IL 62959
(618) 997-5555
lawlerf@gmail.com
*Attorneys for Plaintiff*

                                                        /s/ Ted L. Perryman