**UNITED STATES DISTRICT COURT for the**
**Southern District of Illinois**

| | |
|---|---|
| **JAMES MANIER** )  ) *Plaintiff*, ) ) v. ) ) **MARIO DALPRA AND PAGE ETC., INC.,** ) ) *Defendant*. ) | **Civil Number: 3:20-cv-00329-NJR** |

**NOTICE OF VIDEOTAPED DEPOSITION**

**PLEASE TAKE NOTICE** that Plaintiff, by and through his counsel, shall cause the videotaped deposition of Mario Dalpra to be taken on **May 6, 2021 beginning at 10:00 a.m. CST, via video conference**, pursuant to the provisions of the Illinois Code of Civil Procedure and the Rules of the Supreme Court of Illinois.  To join the videoconference, a website link will be provided to all counsel in advance of the deposition via email. The deposition shall be taken before an officer authorized by law to administer oaths for the purposes of discovery and any other purpose allowed under Rules of the Supreme Court of Illinois.  It will continue from day to day until completed. The deposition will be videotaped by a representative of Legal Video Productions, 500 NW 301 Road, Warrensburg, MO 64093; 660-429-1156.  You are invited to attend and participate.

                                                    Respectfully Submitted,

                                                    /s/Mark Emison
                                                    J. Kent Emison #IL 6312072
                                                    Mark Emison #IL 6303246
                                                    911 Main Street
                                                    P.O. Box 220
                                                    Lexington, MO 64067
                                                    Telephone: (660) 259-6175
                                                    Fax: (660) 259-4571
                                                    kent@lelaw.com
                                                    mark@lelaw.com

1

and

Lanny Darr
Darr Firm
307 Henry Street
Ste 406
Alton, IL 62002
Telephone: (618) 208-6828
Fax: (618) 433-8519
darr@darrfirm.com

and

Raymond Lawler
LAWLER & LAWLER
1129 North Carbon Street
Marion, IL 62959
(618) 997-5555

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of March, 2021, I electronically filed the foregoing with the clerk of the Court which will send a notice of electronic filing to the following:

ROBERTS PERRYMAN, P.C.
Ted L. Perryman #02179504
Korissa M. Zickrick #06285055
Brandy Johnson #71951
1034 S. Brentwood Blvd., Suite 2100
Saint Louis, MO 63117
(314) 421-1850 Phone
(314) 421-4346 Fax
tperryman@robertsperryman.com
kzickrick@robertsperryman.com
bjohnson@robertsperryman.com

**ATTORNEYS FOR DEFENDANTS**

/s/: Mark Emison

2