IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES MANIER,<br><br>      **Plaintiff,**<br><br>v.<br><br>MARIO DALPRA and<br>PAGE E.T.C., INC.,<br><br>      **Defendants.** | Case No. 3:20-CV-00329-NJR |

# FOURTH AMENDED SCHEDULING ORDER

**ROSENSTENGEL, Chief Judge:**

    Having reviewed the Proposed Amended Scheduling Order of the Parties and after meeting with the parties on January 12, 2022, the Court hereby approves and enters the Proposed Amended Scheduling Order as submitted by the parties. This Fourth Amended Scheduling Order amends and supersedes the Scheduling Order, as modified on July 23, 2021 (Doc. 87), and shall govern this matter.

    Discovery shall proceed in accordance with the following:

1. Plaintiff's deposition shall be taken by **January 14, 2022.**

2. Plaintiff's expert witnesses have been disclosed. Defendant's expert(s) shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), by **February 28, 2022**.

3. Depositions of expert witnesses must be taken by:

   Plaintiff's expert(s): **January 28, 2022.**
   Defendant's expert(s): **March 21, 2022.**

4. Rebuttal opinions must be disclosed by **April 15, 2022**.

5. Defendants may request that Plaintiff undergo independent physical or mental examinations and, if so, the request will be made by **February 28, 2022**, and the exams will be conducted by **March 21, 2022**.

6. **Discovery** shall be completed by **May 23, 2022.**

7. All **dispositive motions** shall be filed by **May 23, 2022**. Dispositive motions filed after this date will not be considered by the Court.

8. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot then be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

12. The final pretrial conference and presumptive trial month remain the same as previously ordered by the Court.

**IT IS SO ORDERED.**

**DATED: January 12, 2022**

*Nancy J. Rosenstengel*

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**