IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES MANIER,**

    **Plaintiff,**

v.

**MARIO DALPRA and
PAGE ETC., INC.,**

    **Defendants.**

Case No. 3:20-CV-00329-NJR

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

  Pending before the Court is Defendants' Motion to Compel (Doc. 119). Defendants Mario Dalpra and Page Etc., Inc. seek additional medical authorizations from Plaintiff James Manier to review all the relevant records regarding Manier's extensive injuries and medical care, including pre-existing conditions. The Court heard arguments on the motion earlier today.

  Under Federal Rule of Civil Procedure 26, discovery is permitted "regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." FED. R. CIV. P. 26(b)(1). Strong public policy considerations favor the disclosure of relevant materials such that "before restricting discovery, the court should consider the totality of the circumstances, weighing the value of the material sought against the burden of providing it, and taking into account society's interest in furthering the truthseeking function in the particular case before the court." *Patterson v.*

*Avery Dennison Corp.*, 281 F.3d 676, 681 (7th Cir. 2002). (internal quotations omitted).

Here, due to the unique nature and extent of Manier's injuries, the Court **GRANTS** Defendants' motion (Doc. 119). The Court **COMPELS** Manier to provide all primary care medical records for the 10 years leading up to the date of the accident and all outside provider (non-primary care) medical records for the five years leading up to the date of the accident. Further, the Court **ORDERS** that the medical records from the date of the accident to present shall not be limited to any specific body parts. Blank authorizations shall be provided to Plaintiff's counsel as soon as possible and fully executed authorizations returned to defense counsel within **10 days** of receipt.

**IT IS SO ORDERED.**

DATED:   March 16, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**